FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 16 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| P. BRET CHIAFALO and LEVI GUERRA,<br><br>    Plaintiffs-Appellants,<br><br>v.<br><br>JAY INSLEE, in his official capacity as Governor of Washington; et al.,<br><br>    Defendants-Appellees,<br><br>WASHINGTON STATE REPUBLICAN PARTY; et al.,<br><br>    Intervenor-Defendants-Appellees. | No. 16-36034<br><br>D.C. No. 2:16-cv-01886-JLR<br>Western District of Washington, Seattle<br><br>ORDER |

Before: THOMAS, Chief Judge, LEAVY and SILVERMAN, Circuit Judges.

  Appellants' emergency motion for a temporary restraining order and injunction pending appeal (Docket Entry No. 4) is denied. We do not find that appellants have shown a likelihood of success or serious questions going to the merits, or that appellants have shown a likelihood of irreparable harm. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131-35 (9th Cir. 2011).

hmb/MOATT

The previously established briefing schedule for this preliminary injunction appeal remains in effect.